UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BOZENA MIKUCKA,

                    Plaintiff,

-against-

CVS PHARMACY INC., and CVS ALBANY, L.L.C.

                    Defendant.
------------------------------------------------------------------------X

**STATEMENT PURSUANT TO RULE 7.1**

Docket No.:

Jury Trial Demanded

ECF Case

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Eastern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant CVS ALBANY, L.L.C., i/s/h/a CVS ALBANY, L.L.C. and CVS PHARMACY, INC., a private non-governmental party, certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

      CVS Health Corporation. CVS Health Corporation has no parent corporation and no publicly held corporation owns 10 percent or more of CVS Health Corporation's stock

Dated:  Garden City, New York
          February 22, 2021

                    By:   *Melissa Manna*
                           Melissa Manna, Esq.
                           CULLEN AND DYKMAN LLP
                           *Attorneys for Defendants*
                           CVS ALBANY, L.L.C. and
                           CVS PHARMACY, INC.
                           100 Quentin Roosevelt Boulevard
                           Garden City, New York 11530
                           (516) 357-3700
                           Our File No.:  23000-137

To:    WIESE LAW FIRM, P.C.
*Attorneys for Plaintiff*
BOZENA MIKUCKA
344 Willis Avenue
Mineola, New York 11501
(212) 471-5108